IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ALBERT BUTLER,**

    **Plaintiff,**

**v.**                                               3:14-CV-01991-B-BK

**THE CITY OF DALLAS, TEXAS and
BRIAN BRADLEY,**

    **Defendants.**

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant City of Dallas's motion to dismiss is **GRANTED IN PART** to the extent that Plaintiff's racial profiling and negligence claim are **DISMISSED WITH PREJUDICE**. In all other respects, the City's motion is **DENIED**.

SO ORDERED this 9th day of December, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE