UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALBERT BUTLER, | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO |
| v. | § | |
| | § | 3:14-CV-1991-B |
| THE CITY OF DALLAS, TEXAS, | § | |
| AND BRIAN BRADLEY, | § | |
|     Defendants. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

The Plaintiff, Albert Butler, and the Defendants, the City of Dallas and Brian Bradley (collectively, "the Parties"), have settled all matters in dispute. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate to the dismissal with prejudice of all claims. The Parties request that the Court take note of this stipulation, and that the dismissal of these claims and of this civil action be noted on the Court's docket.

Respectfully submitted,

By:  /s/ Daryl K. Washington *[ with permission ]*
DARYL K. WASHINGTON
State Bar No. 24013714
**WASHINGTON LAW FIRM, P.C.**
325 N. St. Paul St., Suite 3950
Dallas, Texas 75201
214 880-4883
214-751-6685 - fax

**ATTORNEYS FOR PLAINTIFF**

        Respectfully submitted,

        CITY ATTORNEY OF THE CITY OF DALLAS

        Larry E. Casto
        City Attorney

        *s/ Jason G. Schuette*
        Senior Assistant City Attorney
        Texas State Bar No. 17827020
        jason.schuette@dallascityhall.com

        Jennifer C. Huggard
        Executive Assistant City Attorney
        Texas State Bar No. 00792998
        jennifer.huggard@dallascityhall.com

        7DN Dallas City Hall
        1500 Marilla Street
        Dallas, Texas  75201
        Telephone:    214-670-3519
        Telecopier:    214-670-0622

        ATTORNEYS FOR THE DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on 12 July 2017 I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Daryl K. Washington
Washington Law Firm, P.C.
325 N. St. Paul St., Suite 3950
Dallas, Texas  75201
*Attorney for the Plaintiff*

Matthew J. Kita
P.O. Box 5119
Dallas, Texas  75208
*Attorney for the Plaintiff*

        *s/ Jason G. Schuette*
        Assistant City Attorney